# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3422
Lower Tribunal No. 21CF014257AOR

_____

KENNETH ROBERT STOUGH, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
F. Rand Wallis, Judge.

February 17, 2026

PER CURIAM.

   AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Jason Reid, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED